**Order entered October 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01085-CV

**MOMENTIS U.S. CORPORATION, ET AL., Appellants**

**V.**

**PERISSOS HOLDINGS, INC., ET AL., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03025-M**

## ORDER

The Court has before it appellees' October 8, 2013 second unopposed motion to extend time to file response brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by November 18, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE